# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JSONIN DILLEY,**

      **Plaintiff,**

v.                            Case No: 6:20-cv-1602-PGB-GJK

**PRISONER TRANSPORTATION SERVICES, INC., PTS OF AMERICA, LLC, BREVARD EXTRADITIONS, LLC, US CORRECTIONS LLC and JOHN DOES 1-4,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on the Defendants' Unopposed Motion To Extend the Mediation Deadline to October 31, 2021 (Doc. 40 (the "**Motion**")), filed August 10, 2021. The Court construes this Motion as a motion to amend the Case Management and Scheduling Order ("**CMSO**") deadlines. As both parties have engaged in good faith and the Court is satisfied all other requirements are met, this Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to extend the mediation deadline in the CMSO to October 31, 2021.

**DONE AND ORDERED** in Orlando, Florida on August 13, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties